# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| United States of America | )|
|---|---|
| v. | ) |
| | ) Case No. 22-61-BAJ-SDJ |
| | ) |
| | ) |
| Joshua Butler | ) |
| _Defendant_ | ) |

2022 AUG 18 PM 12: 15

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Joshua Butler                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1)   Possession with intent to distribute a Schedule I controlled substance
18 U.S.C. § 924(c)      Possession of firearms in furtherance of a drug trafficking crime
18 U.S.C. § 922(g)(1)   Felon in possession of firearms
18 U.S.C. § 922(j)      Possession of stolen firearm

A TRUE COPY

Date:     08/17/2022

Javier Gutierrez
Deputy Clerk
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

_Issuing officer's signature_

City and state:     Baton Rouge, Louisiana

Erin Wilder-Doomes, Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8/18/2022 , and the person was arrested on _(date)_ 9/7/2022
at _(city and state)_ Baton Rouge, LA .

Date: 9/7/2022

_Arresting officer's signature_

Jeff Bowie DUSM
_Printed name and title_